IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ALTAIR LOGIX LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**TEXAS INSTRUMENTS INCORPORATED,**<br><br>　　　　　　　Defendant. | C.A. No. 18-1065-MN |

**STIPULATION TO DISMISS TEXAS INSTRUMENTS INCORPORATED
WITH PREJUDICE PURSUANT TO RULE 41(A)(2)**

Plaintiff Altair Logix LLC and Defendant Texas Instruments Incorporated, pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby stipulate to dismiss all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

STAMOULIS & WEINBLATT LLC

 /s/ *Stamatios Stamoulis*
Stamatios Stamoulis (No. 4606)
800 N West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

OF COUNSEL:

David R. Bennett
(Admitted *pro hac vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff
Altair Logix LLC*

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Jason J. Rawnsley*
Jeffrey L. Moyer (#3309)
Jason J. Rawnsley (#5379)
Tyler E. Cragg (#6398)
920 North King Street
Wilmington, DE 19801
(302) 651-7700
moyer@rlf.com
rawnsley@rlf.com
cragg@rlf.com

OF COUNSEL:

Amanda A. Abraham
ROTH LAW FIRM, PC
115 North Wellington, Suite 200
Marshall, Texas 75670
(903) 935-1665
aa@rothfirm.com

1

        John J. Patti
        MILLER PATTI PERSHERN PLLC
        5001 Spring Valley Road, Suite 400 East
        Dallas, TX 75244
        (214) 935-4930
        john@mppfirm.com

        *Attorneys for Defendant Texas*
        *Instruments Incorporated*

**SO ORDERED this \_\_\_ day of August, 2019.**

        _____
        **UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                              */s/ Stamatios Stamoulis*
                                              Stamatios Stamoulis (No. 4606)